**Electronically Filed
Supreme Court
SCWC-19-0000487
18-NOV-2020
09:14 AM
Dkt. 11 ODAC**

SCWC-19-0000487
(Consolidated with SCWC-19-0000488 and SCWC-19-0000489)

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

CODY B. AMARAL,
Petitioner/Defendant-Appellant,

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000487 (Consolidated with CAAP-19-0000488 and
CAAP-19-0000489); CR. NOS. 2CPC-17-0000270(2),
2CPC-17-0000194(2) and 2PC171000023(2))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Cataldo, assigned by reason of vacancy)

Petitioner/Defendant-Appellant Cody B. Amaral's application for writ of certiorari filed on October 12, 2020, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, November 18, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Lisa W. Cataldo

